AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| BRAYDEN THOMAS CORNELIUS | Case No.    3:19CR30003-020 |
|  | USM No.    15440-010 |
|  | Anna M. Williams |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations:   Violation Numbers 1-16, 18, and 19.

☐ was found in violation of condition(s) count(s)

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | January 10, 2024 |
| 2 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | February 26, 2024 |
| 3 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | April 11, 2024 |
| 4 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | May 30, 2024 |
| 5 | Special Condition No. 4: FOCUS Court noncompliance | June 6, 2024 |
| 6 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | July 15, 2024 |
| 7 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | August 7, 2024 |
| 8 | Special Condition No. 1: Testing Noncompliance | September 10, 2024 |
| 9 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | September 25, 2024 |
| 10 | Special Condition No. 1: Testing Noncompliance | September 30, 2024 |
| 11 | Mandatory Condition No. 1: New Law Violation | October 5, 2024 |
| 12 | Standard Condition No. 3: Unauthorized Travel | October 5, 2024 |
| 13 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | October 7, 2024 |
| 14 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | December 5, 2024 |
| 15 | Special Condition No. 1: Treatment Noncompliance | February 10, 2025 |
| 16 | Criminal Monetary Penalties | February 28, 2025 |
| 18 | Mandatory Condition No. 1: New Law Violation | April 19, 2025 |
| 19 | Standard Condition No. 8: Association Restrictions | April 19, 2025 |

The defendant is sentenced as provided on page   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)   17   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations

Last Four Digits of Defendant's Soc. Sec. No.:    5432

Defendant's Year of Birth:    1998

City and State of Defendant's Residence:
Harrison, Arkansas

October 2, 2025
Date of Imposition of Judgment

_(signature)_
Signature of Judge

Honorable Timothy L. Brooks, Chief U.S. District Judge
Name and Title of Judge

October 8, 2025
Date

| | | Judgment — Page | 2 | of | 2 |

**DEFENDANT:** BRAYDEN THOMAS CORNELIUS
**CASE NUMBER:** 3:19CR30003-020

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **twelve (12) months. There is no term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ☐ a.m. ☐ p.m. on .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 1 p.m. on .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL